RECEIVED
USMS-PRIS OPS
BALTIMORE, MD

# UNITED STATES DISTRICT COURT

for the

2020 JUN 10 A 10: 35

## Southern District of New York

United States of America
v.
Oladayo Oladokun )
)
)
)
)
)

**19 MAG 11193**

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)*    Oladayo Oladokun                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1349 (Conspiracy to Commit Bank Fraud and Wire Fraud)

Date:    11/27/2019

_____
*Issuing officer's signature*

City and state:    New York, NY

Hon. Robert W. Lehrburger, USMJ
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  11/27/2019 , and the person was arrested on *(date)*  06/08/2020 at *(city and state)*  BAltimore, Maryland. <br><br> Date: 06/08/2020 <br><br> *Arresting officer's signature* <br><br> A. Maresca, DUSM <br> *Printed name and title* |